PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Irene Ann Weiss**

**Docket No. 0:01CR00200-002(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Irene Ann Weiss** who was sentenced for First Degree Burglary and Assault with a Dangerous Weapon on September 6, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol and not to enter establishment where alcohol is sold; drug and alcohol aftercare; financial disclosure; no contact with victim; no new credit; and DNA testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On June 13, 2007, a drug test was taken in a test cup which was positive for marijuana. The defendant denied using marijuana. The sample was sent to the lab for confirmation. It was returned invalid, not consistent with normal human urine. On July 10, 2007, the defendant admitted she had consumed alcohol and smoked marijuana during the month of June 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
JUL 18 2007
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 18th day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Julie M. Belt for
Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on July 17, 2007
Place Bemidji

Approved:

Julie M. Belt
Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission