PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Irene Ann Weiss**

**Docket No. 0:01CR00200-002(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Irene Ann Weiss** who was sentenced for First Degree Burglary and Assault with a Dangerous Weapon on September 6, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Abstain from alcohol and not to enter establishments where alcohol is sold; drug and alcohol aftercare; financial disclosure; no contact with victim; no new credit; and DNA testing
>
> 30 days remote alcohol monitoring program (modified July 18, 2007, for marijuana and alcohol use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.
>
> SPECIAL CONDITION: The defendant shall participate in a program for drug alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or support group.

The defendant missed a scheduled drug test on July 11, 2007. On July 18, 2007, the defendant submitted a drug test which was positive for marijuana. The defendant admitted using marijuana on or about July 3, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
AUG - ( 2007
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. This is in addition to the 30 days remote alcohol monitoring program ordered on July 18, 2007, resulting in a total of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 2nd day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on August 1, 2007
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission