Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Irene Ann Weiss

Docket No. 0:01CR00200-002(DSD)

## HEARING WAIVER

I, Irene Ann Weiss, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. This is in addition to the 30 days remote alcohol monitoring program ordered on July 18, 2007, for a total of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed: Irene Weiss

Irene Ann Weiss
Supervised Releasee

Dated: 7/29/07

Witness: Joan L. White

Joan L. White
U.S. Probation Officer