PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Irene Ann Weiss**

**Docket No. 0:01CR00200-002(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Irene Ann Weiss** who was sentenced for First Degree Burglary and Assault with a Dangerous Weapon on September 6, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Provide DNA sample; drug and alcohol aftercare; abstain from alcohol and do not enter establishments; no contact with victim; no new credit; financial disclosure; and restitution in the amount $3,740

30 days remote alcohol monitoring program (modified July 18, 2007, for marijuana and alcohol use)

30 days remote alcohol monitoring program to follow the 30 days ordered on July 18, 2007, for a total of 60 days (modified August 2, 2007, for marijuana use and missed drug test)

90 days community corrections center placement and vacate the 60 days remote alcohol monitoring (modified August 23, 2007, for marijuana use, missed drug test, and not being available to respond to the remote alcohol monitor)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug or alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

SPECIAL CONDITION: The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

The defendant failed to report for drug testing on August 22, August 29, and September 5, 2007.

On August 21 and September 5, 2007, the defendant was instructed to complete a Rule 25 assessment. A bed had been reserved for her on September 10, 2007, at the Northern Winds Inpatient Program in Redby, Minnesota. After she completed the inpatient program, she would immediately enter the halfway house program at Northern Winds. However, she needed an updated assessment before she could enter the

SCANNED
SEP 12 2007
U.S. DISTRICT COURT MPLS

program. The defendant reported to the Red Lake Chemical Health Program several times to see the assessor, but it was always when the assessor was busy with other matters. She failed to follow through and obtain the Rule 25 assessment during an appropriate time.

On September 7, 2007, the defendant was advised that, because she failed to follow through with the Rule 25 assessment, she would not be entering the Northern Winds Treatment Program, and she would be placed at Centre Inc. in Fargo, North Dakota, as soon as a bed was available. This placement addresses the 90-day community corrections center placement ordered by the Court on August 23, 2007. The defendant refused to go to Centre Inc. indicating she wanted an attorney and would like to return to Court.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 11th day of September, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for John L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on September 10, 2007
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer