UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-200(2)(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| IRENE ANN WEISS, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

01-200(2)(DSD)

<u>Defendant Name</u>

Irene Ann Weiss

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

David J. MacLaughlin

Dated: September 13, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332