UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-200 (02) (DSD/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO REQUEST |
| v. | ) | TRAVEL AUTHORIZATION |
| | ) | |
| IRENE ANN WEISS, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the defendant, Irene Weiss, through her attorney, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Ms. Weiss resides in Red Lake, Minnesota and has been summoned to appear in the District of Minnesota at Minneapolis, Minnesota to answer an Order of the Court, the hearing is to take place on Wednesday, October 3, 2007, at 3:00 p.m. She is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.

Dated: September 25, 2007

Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415