**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 01-200(2) DSD |
| v. | ) | Date: October 3, 2007 |
| | ) | Court Reporter: None |
| **IRENE ANN WEISS,** | ) | Tape Number: |
| | ) | Time Commenced: 3:20 p.m. |
| Defendant. | ) | Time Concluded: 3:27 p.m. |
| | | Time in Court: 7 Minutes |

## APPEARANCES:

Plaintiff: David MacLaughlin, Assistant U.S. Attorney
Defendant: Lyonel Norris
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: September 10, 2007 Offense: Supervised Release Violation

√ Def. Advised of the substance of the charge (R.5(d)(1)) Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.**

**Next appearance date is October 11, 2007 at 9:30 a.m. before Judge David S. Doty for:**

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ final revocation

Additional Information:

s/Cathy Orlando
Criminal Duty Clerk