UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-200 (02) (DSD/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRENE ANN WEISS,<br><br>Defendant. | MOTION TO REQUEST TRAVEL AUTHORIZATION |

Comes now the defendant, Irene Weiss, through her attorney, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Ms. Weiss resides in Red Lake, Minnesota and has been summoned to appear in the District of Minnesota at Minneapolis, Minnesota for a final revocation hearing, the hearing is to take place on Thursday, October 11, 2007, at 9:30 a.m. She is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.

Dated: October 10, 2007

Respectfully submitted,

***s/ Andrew H. Mohring***

ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415