UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-200 (02) (DSD/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IRENE ANN WEISS,<br>Defendant. | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285 |

The Court having held Defendant to answer in the United States District Court for the District of Minnesota in Minneapolis, and finding that the defendant currently resides in Red Lake, Minnesota and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant appear before the above-referenced court on Thursday, October 11, 2007, not later than 9:30 a.m.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Court, transportation to return home to Red Lake, Minnesota after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

October 10, 2007
Date

Raymond L. Erickson
Honorable Raymond L. Erickson
Chief United States Magistrate Judge

SCANNED
OCT 10 2007
U.S. DISTRICT COURT DULUTH