AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
07 SEP 28 PM 3:39
CLERK U.S. DIST. COURT

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-200 DSD/RLE

Irene Ann Weiss (2)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **U.S. Courthouse**<br>**300 South Fourth Street, Courtroom 8E**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable Magistrate Judge Franklin L. Noel** |
| On: | **September 25, 2007 at 11:00 a.m.** |

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

2007 SEP 12 P 3:50
RECEIVED
US MARSHALS SERVICE
MPLS MN

Stacey E. Kulevich, Deputy Clerk

Dated: September 12, 2007

SCANNED
OCT 12 2007
U.S. DISTRICT COURT ST PAUL

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] TIMOTHY D. LARSON Date: 09/18/2007

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: BOY FRIEND BILL MC NEAL'S RESIDENCE RED LAKE, MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 09/18/2007
Date

BENJAMIN KATES
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure