UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-200 (02) (DSD/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285 |
| v. | ) | |
| IRENE ANN WEISS, Defendant. | ) | |

The Court having held Defendant to answer in the United States District Court for the District of Minnesota in Minneapolis, and finding that the defendant currently resides in Red Lake, Minnesota and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the indigent defendant, released from custody, must appear before the above-referenced court on Thursday, October 25, 2007, not later than 10:00 a.m.

IT IS FURTHER ORDERED that the United States Marshal furnish the indigent defendant, on bond, transportation to appear before the Court, transportation to return home to Red Lake, Minnesota after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

October 18, 2007
Date

s/Raymond L. Erickson
_Raymond L. Erickson
Chief United States Magistrate Judge