**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Irene Ann Weiss,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 01-200(2)(DSD/RLE)
Date: October 25, 2007
Court Reporter: Lorilee Fink
Time Commenced: 10:00 a.m.
Time Concluded: 10:20 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: David J. MacLaughlin, Assistant U.S. Attorney
Defendant: Andrew H. Mohring : FPD

## PROCEEDINGS:

: **Modifications of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Supervised Release is continued until the original expiration date of 5/5/08 with the following special conditions: Deft shall participate in a 30-day inpatient program at the Northern Winds Treatment Program in Redby, MN, to begin at the direction of the probation officer. Deft shall reside for a period of 120 days at the Centre Inc. in Fargo, North Dakota.

: Written order to be issued.

s/ Connie L. Baker
Calendar Clerk