UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-200(DSD/RLE)

United States of America,

Plaintiff,

v.

Irene Ann Weiss,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on October 25, 2007, upon the petition on supervised release. The defendant appeared with her counsel and, after being advised of her rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated the condition of her supervised release by failing to report for drug testing and treatment program. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional conditions:

1. Defendant shall enter and participate in a 30-day inpatient program at the Northern Winds Treatment Program in Redby, Minnesota, to begin at the direction of the probation officer.

2. Defendant shall reside for a period of up to 120 days at the Centre Inc. community corrections center in Fargo, North Dakota or in another community corrections center as approved by the probation officer and shall observe the rules of that facility.

Defendant shall remain on supervised release to run until the original expiration date of May 5, 2008. In addition to the above modifications, the same terms and conditions originally imposed on September 6, 2002, shall apply.

Dated: October 25, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court